# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BETTY L. SHIFLETT AND CURTIS SHIFLETT, HUSBAND AND WIFE, | : | No. 89 MAL 2018 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LEHIGH VALLEY HEALTH NETWORK, INC.; AND LEHIGH VALLEY HOSPITAL, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of August, 2018, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

> Did the Superior Court panel overlook or misapprehend this Court's precedent that if a party does not request a special interrogatory on the verdict sheet allocating damages between causes, it has waived any objection to a general damage verdict?